UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRAD A. BRADFORD,

    Plaintiff,

v.

    Case No. 2:14-cv-462
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Norah McCann King

STATE OF OHIO, et al.,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 16, 2014. (ECF No. 6.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this action is **DISMISSED** without prejudice, for failure to timely effect service of process.

**IT IS SO ORDERED.**

11-25-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE