AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**BRAD A. BRADFORD,**

       **Plaintiff,**

                **JUDGMENT IN A CIVIL CASE**

**v.**

                **CASE NO. 2:14-cv-462**
**STATE OF OHIO, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
                **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

\_\_\_\_   **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed November 25, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date:   November 25, 2014                 JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk